WILLIAM A. ENGLISH (SBN 193634)
E-mail: wae@viplawgroup.com
VALERIE L. SARIGUMBA (SBN 243713)
E-mail: vls@viplawgroup.com
Vista IP Law Group LLP
2040 Main Street, Suite 710
Irvine, CA 92614
Tel: (949) 724-1849
Fax: (949) 625-8955

Attorneys for Defendant,
    THE KYJEN COMPANY, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZANE B. MURDOCK, <br>    Plaintiff, <br> v. <br> THE KYJEN COMPANY, INC., <br>    Defendants. | Case No. 2:10-cv-05006-DMG-JEM <br><br> **JOINT STIPULATION TO WITHDRAW COMPLAINT AND DISMISS ACTION** <br><br> Hon. Dolly M. Gee <br><br> Complaint Served: July 23, 2010 |

    This Joint Stipulation is entered into by Plaintiff Zane B. Murdock ("Plaintiff Murdock") and Defendant The Kyjen Company, Inc. ("Defendant Kyjen"; collectively, "the Parties"). The Parties stipulate to the following:

    (1) Plaintiff Murdock hereby withdraws the First Amended Complaint filed October 27, 2009. The Parties note that the original Complaint, filed July

8, 2010, was dismissed pursuant to the Order re Defendant's Motion to Dismiss Complaint issued October 12, 2010.

(2) The Parties hereby stipulate to dismissal of the present action, Case No. CV 10-05006 DMG (JEMx), without prejudice.

Dated: November 10, 2010

Respectfully submitted,
ZANE B. MURDOCK

By: Zane B. Murdock, *pro se*

Dated: November 10, 2010

VISTA IP LAW GROUP LLP

By: Valerie L. Sarigumba

Attorneys for Defendant,
THE KYJEN COMPANY, INC.

## CERTIFICATE OF SERVICE

The undersigned certified that on this 11th day of November, 2010, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Civil L.R. 5-5(b).  Any other counsel or *pro se* parties of record will be served by a facsimile transmission and/or First Class Mail.

          */s/ Valerie L. Sarigumba*
          Valerie L. Sarigumba